# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARLOTTE BARK,<br><br>              Plaintiff,<br><br>   v.<br><br>W.R. GRACE & CO., ROBERT F. CUMMINGS, JR., DIANE H. GULYAS, JULIE FASONE HOLDER, HUDSON LA FORCE, HENRY R. SLACK, CHRISTOPHER J. STEFFEN, MARK TOMKINS, and SHLOMO YANAI,<br><br>              Defendants. | Civil Action No. 1:21-cv-07054-UA |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Charlotte Bark hereby voluntarily dismisses her claims in the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: September 17, 2021

                                                                                                  Respectfully submitted,

                                                                                                  By: */s/ Joshua M. Lifshitz*
                                                                                                  Joshua M. Lifshitz
                                                                                                  Email: jml@jlclasslaw.com
                                                                                                  **LIFSHITZ LAW FIRM, P.C.**
                                                                                                  1190 Broadway
                                                                                                  Hewlett, New York 11557
                                                                                                  Telephone: (516) 493-9780
                                                                                                  Facsimile: (516) 280-7376

                                                                                                  *Attorneys for Plaintiff*